IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| WAYMAN LEE BOYINGTON, Register No. 176633, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 06-4151-CV-C-NKL |
| DAVE DORMIRE, et al., | ) ) | |
| Defendants. | ) | |

**ORDER**

On August 3, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on September 8, 2006. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. Further, the law cited by plaintiff in support of his due process claim is not current, as it predates the decision of the United States Supreme Court in Sandin v. Connor, 515 U.S. 472 (1995). The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth Circuit are required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial appellate filing fee and later installments from the prisoner's account.

On August 3, 2006, the court granted plaintiff leave to proceed in forma pauperis on a provisional basis, and by doing so, the court determined to forego the collection of the $350.00 filing fee established for civil cases. Plaintiff was warned that the court would collect the entire $350.00 filing fee if he filed another pleading in this case. See 28 U.S.C. § 1915(b)(2)

(provisions for deducting money from prisoner's account). A review of plaintiff's financial documentation indicates he is capable of paying an initial partial filing fee of $15.25.

IT IS, THEREFORE, ORDERED that plaintiff's initial partial filing fee is calculated at $15.24 and the Missouri Department of Corrections is directed to deduct from plaintiff's inmate account, and forward to the court, the initial partial filing fee and installment payments, in accord with the provisions of 28 U.S.C. § 1915, until the $350.00 filing fee is paid in full. It is further

ORDERED that plaintiff's motions of August 11 and 23, 2006, for extensions of time to file exceptions are denied as moot. [6, 7] It is further

ORDERED that the Magistrate Judge's August 3, 2006 Report and Recommendation is adopted. [5] It is further

ORDERED that plaintiff's claims are dismissed, pursuant to the provisions of 28 U.S.C. § 1915A, for failure to state a claim for which relief can be granted.

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: October 31, 2006
Jefferson City, Missouri